1  PETER D. KEISLER
   Assistant Attorney General
2  Civil Division
   C. FREDERICK BECKNER, III
3  Deputy Assistant Attorney General
   Civil Division
4  KEVIN V. RYAN
   United States Attorney
5  J. PATRICK GLYNN
   Director, Torts Branch
6  Civil Division
   DAVID S. FISHBACK
7  Asst. Dir., Environmental Torts
   Civil Division
8
   KIRSTEN L. WILKERSON
9  MO Bar no. 49082
   kirsten.wilkerson@usdoj.gov
10 INA STRICHARTZ
   WAGNER JACKSON
11 Trial Attorneys
   Civil Division, Torts Branch
12 United States Department of Justice
   1331 Pennsylvania Avenue, Rm #8014S
13 Washington, D.C. 20004
   Telephone: (202) 353-7750
14 Facsimile: (202) 616-4473

15 Attorneys for Defendant United States of America

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

19 ROGER VEDAD AND CARMEN VEDAD,)   Case No. 3:06-CV-06665-PJH
20                               )
                                 )   (Proposed) ORDER RE THE
21        Plaintiffs,            )   STIPULATION TO AMEND THE
                                 )   ORDER SETTING INITIAL CASE
22        v.                     )   MANAGEMENT CONFERENCE
                                 )   AND ADR DEADLINES
23 UNITED STATES OF AMERICA,     )
                                 )
24        Defendant.             )
                                 )
25                               )
26
27
28

1  Having reviewed the parties' Stipulation to Amend the Order Setting Initial Case
2  Management Conference and ADR Deadlines, the Court hereby grants the relief requested
3  therein.
4  Accordingly,
5  **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Initial Case
6  Management Conference is continued from February 1, 2007 to March 1, 2007 at 2:30 in
7  Courtroom 3, 17th Floor.
8
9  **PURSUANT TO STIPULATION, IT IS FURTHER ORDERED** that the date on
10 which initial disclosures must be completed and by which the parties must file the Case
11 Management Statement and file the Rule 26(f) Report is continued from January 25, 2007 to
12 February 22, 2007.

Dated: 1/22/07

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)

FILED ELECTRONICALLY

Joint Stip. To Amend CMC 3:06-CV-6665 PJH    2