PETER D. KEISLER
Assistant Attorney General
Civil Division
C. FREDERICK BECKNER, III
Deputy Assistant Attorney General
Civil Division
SCOTT N. SCHOOLS
Interim United States Attorney
J. PATRICK GLYNN
Director, Torts Branch
Civil Division
DAVID S. FISHBACK
Asst. Dir., Environmental Torts
Civil Division

KIRSTEN L. WILKERSON
MO Bar no. 49082
kirsten.wilkerson@usdoj.gov
INA STRICHARTZ
WAGNER JACKSON
Trial Attorneys
Civil Division, Torts Branch
United States Department of Justice
1331 Pennsylvania Avenue, Rm #8014S
Washington, D.C. 20004
Telephone: (202) 353-7750
Facsimile: (202) 616-4473

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER VEDAD AND CARMEN VEDAD, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:06-CV-06665-PJH <br><br> ~~(Proposed)~~ ORDER RE THE STIPULATION TO REMOVE THE CASE MANAGEMENT CONFERENCE FROM THE COURT'S CALENDAR |

Having reviewed the parties' Stipulation to Continue the Case Management Conference, the Court hereby grants the relief requested therein.

Accordingly,

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Case Management Conference scheduled for May 31, 2007, at 2:30 in Courtroom 3, 17th Floor, is removed from the Court's calendar.

Dated: 05/16/07



Phyllis J. Hamilton
United States District Judge

FILED ELECTRONICALLY

Joint Stip. To Remove 3:06-CV-6665 PJH        2