IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Transferee Court)

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875<br>CAN 3 06-6665 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Transferor Court)

| | |
|---|---|
| ROGER VEDAD AND CARMAN VEDAD,<br><br>v.<br><br>UNITED STATES OF AMERICA | Case No. 3:06-CV-06665-PJH<br><br><br>**STIPULATION TO DISMISS** AND ORDER |

WHEREAS, plaintiffs Roger Vedad and Carmen Vedad filed this action against defendant United States of America alleging claims of personal injuries and loss of consortium due to Roger Vedad's lung cancer, allegedly caused by exposure to asbestos;

WHEREAS, the United States of America answered the Complaint;

WHEREAS, Plaintiff Roger Vedad is deceased;

WHEREAS, Carmen Vedad has agreed to dismiss all claims against the United States of America;

NOW THEREFORE, it is hereby stipulated as follows:

1. All claims against the United States of America are dismissed without prejudice; and

///

///

///

STIPULATION TO DISMISS                                                       1

2. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: 6,20,07

KAZAN, McCLAIN, ABRAMS, LYONS, FARRISE & GREENWOOD

_____
Steven Kazan, Esq.
Attorney for Plaintiffs Roger Vedad and Carman Vedad

Dated: August 17, 2007

UNITED STATES DEPARTMENT OF JUSTICE

By: _____
Kirsten L. Wilkerson, Esq.
Trial Attorney
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 9/5/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton

_____
UNITED STATES DISTRICT COURT JUDGE
PHYLLIS J. HAMILTON

FILED ELECTRONICALLY

STIPULATION TO DISMISS 2